■ Celeste M. Lamberson, Individually and as Executrix of Harold V. Lamberson, Jr., Deceased, Respondent, v Mary

JANE NEGROTTO, Formerly Known as MARY JANE LAMBERSON, Appellant, et al., Defendants. [636 NYS2d 711] —Judgment unanimously affirmed without costs *(see, Mohawk Airlines v Peach,* 61 AD2d 346, *lv denied* 44 NY2d 838). (Appeal from Judgment of Supreme Court, Onondaga County, Hayes, J.— Declaratory Judgment.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.